# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHAD HUGHES

VERSUS

CONNIE HARGRAVE AND SARWAT
GAD

NO.   2025 CW 1226

**DECEMBER 9, 2025**

---

In Re:    Sarwat Gad, M.D. and Connie Hargrave, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 751,774.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **STAY DENIED; WRIT NOT CONSIDERED.** Relators failed to include
a copy of the judgment complained of in violation of Uniform Rules
of Louisiana Courts of Appeal, Rule 4-5(C)(6).

   Supplementation of this writ application and/or application
for rehearing will not be considered. Uniform Rules of Louisiana
Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, including
the missing information referenced above, and must comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new
application must be filed on or before December 29, 2025, and must
contain a copy of this ruling.

                        **MRT**
                        **AHP**
                        **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT